1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
4  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
5  Telephone:    (415) 436-7017
   Facsimile:    (415) 436-7009
6
7  Attorneys for the United States of America

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 In re:                                    Case No.: 15-10722-AJ

12 MARGARET GOLDBERG-O'REILLY,               Chapter 7

13     Debtor.

14 TOMOTHY W. HOFFMAN, Trustee in            Adversary No.: 16-01019
   Bankruptcy of the Estate of Margaret
15 Goldberg-O'Reilly.

16     Plaintiff,                            UNITED STATES' ANSWER

17         v.

18
19 UNITED STATES OF AMERICA,
   INERNAL REVENUE SERVICE; STATE
20 OF CALIFORNIA, FRANCHISE TAX
   BOARD; PERRY, JOHNSON, ANDERSON,
21 MILLER & MOSKOVITZ, LLP; THE
   COUNTY OF SONOMA, DEPARTMENT
22 OF CHILD SUPPORT SERVICES; JOHN
   THOMAS O'REILLY, an individual, and
23 MARGARET GOLDBERG-O'REILLY, an
   individual;
24
25     Defendants.

26

27     Defendant United States of America, on behalf of its agency, the Internal Revenue Service

28 ("IRS"), by and through its undersigned attorneys, in answer to Timothy W. Hoffman's ("Plaintiff")

Complaint to Determine Validity, Priority, and Extent of Liens and Interests, filed on March 25, 2016, (Doc. # 64), admits, denies, and alleges as follows:

Denies each and every allegation of such complaint not admitted, qualified or otherwise specifically referred to below:

Furthering answering, the defendant United States of America says that:

## INTRODUCTION

1-3.    Admits the allegations contained in paragraphs 1 through 3.

## JURISDICTION AND VENUE

4-6.    Admits the allegations contained in paragraphs 4 through 6.

## PARTIES

4-8.     Admits the allegations contained in paragraphs 4 [sic] through 8.

## FIRST CLAIM FOR RELIEF

(Determination of Validity, Priority, and Extent of Liens – 11 U.S.C. § 506)

9.       Admits that Plaintiff realleges the allegations contained in paragraphs 1 through 8.

10.      Admits the allegations contained in paragraph 10.

11.      To the extent the averments contained in paragraph 11 require a response pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, such averments are admitted.

12-15. Admits the allegations contained in paragraphs 12 through 15.

16.      Admits allegations contained in paragraph 16 (a), (b) and (d), except denies subsection (c) for lack of knowledge or information sufficient to form a belief as to the truth thereof.

17-18. Admits the allegations contained in paragraphs 17 and 18.

19.      Denies the allegations in paragraph 19 for lack of knowledge or information sufficient to form a belief as to the truth thereof.

20.      Admits the allegations contained in paragraph 20.

/ /

Answer
Hoffman v, U.S. et al. No. 15-10722            2

1

<u>PRAYER</u>

2    WHEREFORE, the United States prays:

3         1.   That judgment be entered in favor of the United States;

4         2.   That plaintiff take nothing by the complaint;

5         3.   That the Court award such other relief as is just and proper.

6
                                        BRIAN J. STRETCH
7                                       United States Attorney

8                                       <u>s/ Thomas Moore</u>
                                        THOMAS MOORE
9                                       Assistant United States Attorney
10                                      Chief, Tax Division

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    CERTIFICATE OF SERVICE

2          It is hereby certified that service of the foregoing UNITED STATES' ANSWER has been made

3    this 8th day of April, 2016, by placing copies in the United States Mail addressed to the following:

4          MacConaghy & Barnier, PLC

5          Michael C. Fallon,
       Jean Barnier,

6          Attorneys at Law
       645 First St. West

7          Sonoma, California 95476

8

9
                                         s/ Thomas Moore
10                                        THOMAS MOORE
                                         Assistant United States Attorney
11                                        Chief, Tax Division

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28