Margaret Roth  Attorney
By Carrie Thompson
Child Support Attorney
Department of Child Support Services
3725 Westwind Blvd Suite 200
Santa Rosa  CA  95403
(707) 565-4052

Appearance pursuant to Family Code §17400 et seq.

FILED
APR 15 2016
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re the matter of:

MARGARET GOLDBERG-O'REILLY,

    Debtor,

_____

TIMOTHY W HOFFMAN Trustee
In Bankruptcy of the Estate of Margaret
Goldberg-O'Reilly
    Plaintiff,
  v.
UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE;
STATE OF CALIFORNIA FRANCHISE
TAX BOARD; PERRY JOHNSON
ANDERSON MILLER & MOSKOWITZ
LLP; THE COUNTY OF SONOMA
DEPARTMENT OF CHILD SUPPORT SERVICES;
JOHN THOMAS O'REILLY an individual; and
MARGARET GOLDBERG-O'REILLY an
Individual,
    Defendants.

Case no. 15-10722-AJ  AP-16-1019
Chapter 7

ANSWER TO COMPLAINT TO
DETERMINE VALIDITY, PRIORITY
AND EXTENT OF LIENS AND
INTERESTS

Date:  June 6, 2016
Time:  02:00 pm
Location: US Bankruptcy Court
    99 South E Street
    Santa Rosa  CA  95404

_____

ANSWER

  The Sonoma County Department of Child Support Services, a named defendant in the above entitled action, does hereby answer the Plaintiff's complaint to determine validity, priority and extent of

1

liens and interests.

Although the Department of Child Support Services has an abstract of judgment lien filed against John Thomas O'Reilly, the Department asserts no claim against the sale proceeds from the sale of 350 Linden Street El Verano CA, as John Thomas O'Reilly owes no past due child support or spousal support for which a claim could be asserted.

Dated: 04/06/16

*Carrie Thompson*
Carrie Thompson
Child Support Attorney

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Certificate of Service

I HEREBY CERTIFY that on April 13, 2016, I served the foregoing on the following Participants in the manner indicated:

    Via first class mail, postage prepaid addressed as follows:

MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St West
Sonoma CA 95476

MARGARET GOLDBERG-O'REILLY
350 Linden St
El Verano CA 95433

JOHN THOMAS O'REILLY
16927 Schiller Ct
Sonoma CA 95476-3405

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 13, 2016

LORI L HOPPE