Evan Livingstone, SBN 252008
Attorney at Law
740 4th St, Ste 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Defendant/Debtor Margaret Goldberg-O'Reilly

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 15-10722 |
| MARGARET GOLDBERG-O'REILLY<br>      Debtor | Chapter 7 |
| TIMOTHY HOFFMAN, Trustee in Bankruptcy<br>Estate of Margaret Goldberg-O'Reilly<br>      Plaintiff | AP No. 16-01019 |
| | **ANSWER TO COMPLAINT TO DETERMINE VALIDITY, PRIORITY AND EXTENT OF LIENS AND INTERESTS** |
| United States of America, Internal Revenue Service, State of California, Franchise Tax Board, Perry, Johnson, Anderson, Miller & Moskovitz, LLP, County of Sonoma Department of Child Support Services, John Thomas O'Reilly and Margaret Goldberg-O'Reilly<br>      Defendants<br>_____ / | |

    1. Defendant Margaret Goldberg-O'Reilly is the Debtor in the underlying bankruptcy case and a defendant in this action.

    2. Defendant Margaret Goldberg-O'Reilly asserts the liens and interests of the codefendants are as follows:

        a)   United States of America / Internal Revenue Service     $0

        b)   State of California / Franchise Tax Board     $0

c) Perry, Johnson, Anderson, Miller & Moskovitz, LLP`   $10,000

   d) County of Sonoma Department of Child Support Services   $0

   e) John Thomas O'Reilly   $0

3. Defendant Margaret Goldberg-O'Reilly agrees that Plaintiff is entitled to reasonable attorneys fees for prosecuting this action.

WHEREFORE Defendant/Debtor prays that this Honorable Court enter judgment providing substantially as follows:

A. That the liens and interests be determined as stated above;

B. For other relief as the Court deems just and proper.

Date: April 21, 2016

/s/Evan Livingstone
Evan Livingstone
Attorney for Debtor/Defendant
Margaret Goldberg-O'Reilly