MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com

Attorneys for Plaintiff
TIMOTHY W. HOFFMAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MARGARET GOLDBERG-O'REILLY,

    Debtor.

Case No. 15-10722 AJ
(Chapter 7)

TIMOTHY W. HOFFMAN, Trustee in Bankruptcy of the Estate of Margaret Goldberg O'Reilly,

    Plaintiff,

v.

UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; PERRY, JOHNSON, ANDERSON, MILLER & MOSKOVITZ, LLP; THE COUNTY OF SONOMA DEPARTMENT OF CHILD SUPPORT SERVICES; JOHN THOMAS O'REILLY, an individual; and MARGARET GOLDBERG-O'REILLY, an individual;

    Defendants.

AP Case No. 16-1019 AJ

**REQUEST FOR ENTRY OF CLERK'S DEFAULT**

    Plaintiff Timothy W. Hoffman, Trustee in Bankruptcy of the Estate of Margaret Goldberg O'Reilly, hereby requests entry of Clerk's Default as to defendants PERRY, JOHNSON, ANDERSON, MILLER & MOSKOVITZ, LLP; and JOHN THOMAS O'REILLY, in this action.

Dated: May 6, 2016          MACCONAGHY & BARNIER, PLC

                              /s/ John H. MacConaghy
                              By John H. MacConaghy
                              Attorneys for Plaintiff
                              TIMOTHY W. HOFFMAN

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 645 First St. West, Suite D, Sonoma, California 95476.

I served true and correct copies of the **REQUEST FOR ENTRY OF CLERKS DEFAULT,** by placing said copies in the United States Mail at Sonoma, California on the date shown below, and in sealed envelopes with first-class postage prepaid, addressed as follows:

John T. O'Reilly
16927 Schiller Ct.
Sonoma, CA 95476

Perry, Johnson, Anderson, Miller & Moskovits, LLP
c/o: John Johnson, Registered Agent
438 1st Street, 4th Floor
Santa Rosa, CA 95401

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Sonoma, California on May 6, 2016.

      /s/ Kate Muller
      Kate Muller