# UNITED STATES BANKRUPTCY COURT
## Northern District of California



In re

Margaret Goldberg-O'Reilly,

                Debtor.

Bankruptcy Case No. 15-10722
Chapter 7

Timothy W. Hoffman, Trustee of Estate
of Margaret Goldberg-O'Reilly,

                Plaintiff,

           v.

United States America, California Franchise
Tax Brd., Sonoma Cty Dept of Child Support,
Perry Johnson Anderson Miller and Moskovitz, LLP and
John Thomas O'Reilly, Margaret Goldberg-O'Reilly,

                Defendants.

Adversary Case No. 16-1019

## ENTRY OF DEFAULT

It appears from the record that the following defendants failed to plead or otherwise defend in this case as required by law.

> Perry, Johnson, Anderson, Miller & Moskovitz,
> LLP and John Thomas O'Reilly

Therefore, default is entered against the defendants as authorized by Bankruptcy Rule 7055.

                                    EDWARD J. EMMONS
                                    Clerk of the Bankruptcy Court

                                    Linda Jerge, Deputy Clerk

Date : May 9, 2016

# CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Dated: May 9, 2016

                                            Linda Jerge
                                      Linda Jerge, Deputy Court Clerk

John T. O'Reilly
16927 Schiller Ct.
Sonoma, CA 95476

Perry, Johnson, Anderson, Miller & Moskovitz, LLP
c/o John Johnson, Registered Agent
438 1st Street, 4th Fl.
Santa Rosa, CA 95401